In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-051 CR


____________________



JAMES EDWARD ZENO, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 91105






MEMORANDUM OPINION


 We have before the Court a request from the appellant, James Edward Zeno, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The appellant request immediate issuance of our mandate. Tex. R. App. P. 18.1(c). The
motion is granted, and the appeal is therefore dismissed. We direct the clerk to issue the
mandate immediately.

 APPEAL DISMISSED. 


 


 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered August 15, 2007

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.